UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

In re:                                                                                    Chapter 13

Oluchi Nwokocha aka Oluchi Nwanganga                          Case No. 19-22047

                                    Debtor
------------------------------------------------------------------x

# CREDITOR LOSS MITIGATION AFFIDAVIT

I, Nicole E. Schiavo, being sworn, say:

I am not a party to this action, am over 18 years of age and reside in New York.

On April 10, 2019, I served a true copy of the financial packet and this *"Creditor Loss Mitigation Affidavit"*[1] upon the following parties via email at the following addresses:
- SCastro@kolberlegal.com; and
- akolber@kolberlegal.com

Pursuant to that request, the Debtor[2] must provide the following documents:

X    A copy of the Debtor's two (2) most recent complete and signed federal income tax returns;

X    A copy of the Debtor's paycheck stubs, proof of social security income, pensions, or any other income received by the Debtor reflecting the most recent 30 days' or four weeks' earnings and documentation of year-to-date income if not reported on the paystubs;

Or, if Debtor is self-employed:

X    A copy of the Debtor's business tax returns, signed and completed, and the most recent quarterly signed and dated profit/loss statement setting forth a breakdown of the monthly business income and expenses, copies of bank statements for business account for the last two months

X    A copy of the mortgagee's completed financial worksheet;

X    Proof of second/third party income by affidavit of the party, including the party's most recent 30 days' or four weeks' earnings and documentation of year-to-date income if not reported on the paystubs,

X    Other (please specify):

---

[1] Italicized words in quotations indicate that there is a form by the same name on the Bankruptcy Court's website. These forms shall be used whenever applicable.

[2] Unless otherwise provided herein, all capitalized terms are defined in the Southern District of New York's Loss Mitigation Program Procedures. The Loss Mitigation Program Procedures' definition of "Debtor" includes joint debtors.

- 4506-T form, signed and dated;
- Complete expense statement, signed and dated;
- Divorce decree; and
- Quit claim deed from ex-husband.

Please be advised that the Creditor designates the following person to be its Loss Mitigation contact:

Name:  Nicole E. Schiavo

Title:  Outside Counsel

Phone Number:  212-918-3019

Fax Number:  212-918-3100

Email Address:  nicole.schiavo@hoganlovells.com

Please be advised that the Creditor designates the following person to be its attorney for Loss Mitigation on this Loan.

Name:  Nicole E. Schiavo

Firm:  Hogan Lovells US LLP

Phone Number:  212-918-3019

Fax Number:  212-918-3100

Email Address:  nicole.schiavo@hoganlovells.com

Dated:  New York, New York
April 10, 2019

/s/ Nicole E. Schiavo